UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:07-CR-111 |
| | ) | |
| TERRY KEITH CASE | ) | |

## **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 3, 2008. [Doc. 66]. The Magistrate Judge recommends that the defendant's motion and supplemental motion to suppress all evidence seized during the execution of a search warrant at his residence on April 18, 2006, be denied. The defendant has filed an objections to this report.

After careful and *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's objection to that Report and Recommendation, the defendant's motion to suppress, the defendant's supplemental motion to suppress, the responses of the government, the transcript of the hearings held on October 21 and 24, 2008, and for the reasons set out in that

Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that defendant's objection to the Report and Recommendation is **OVERRULED**, that the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress and supplemental motion to suppress are **DENIED.** [Docs. 27 and 37].

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE