UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:07-CR-111 |
| | ) | |
| TERRY KEITH CASE | ) | |

## **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 3, 2008. [Doc. 65]. The Magistrate Judge recommends that the defendant's motion to suppress all oral statements that he allegedly made to law enforcement officers on April 18, 2006, during the search of his residence, be denied. The defendant has filed no objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's motion to suppress, the response of the government, the transcript of the hearings held on October 21 and 24 of 2008, and for the reasons set out in the Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress is **DENIED.** [Doc. 29].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE